IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-165-GCM

| | |
|---|---|
| SAKRETE OF NORTH AMERICA, LLC, ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| ARMTEC LIMITED PARTNERSHIP, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **John R. Fornaciari** to appear *Pro Hac Vice*, dated April 19, 2011 [doc #5].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Fornaciari has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: May 17, 2011

Graham C. Mullen
United States District Judge